UNITED STATES of America,
Plaintiff–Appellee,

v.

John Robert ANDERSON,
Defendant–Appellant.

No. 15–60906
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/22/2016

Gregory Layne Kennedy, Esq., Assistant U.S. Attorney, Patrick A. Lemon, U.S. Attorney's Office, Jackson, MS.

Michael L. Scott, Thomas Creagher Turner, Jr., Federal Public Defender's Office, Jackson, MS.

Before DAVIS, BENAVIDES, and OWEN, Circuit Judges.

PER CURIAM: *

John Robert Anderson appeals from the statutory maximum sentence imposed following the revocation of his supervised release. He argues that the district court's sentence was procedurally and substantively unreasonable. We affirm.

For the first time on appeal, Anderson argues that the district court procedurally erred in failing to provide a specific explanation for its above-guidelines sentence. Reviewing his argument for plain error only, see United States v. Whitelaw, 580 F.3d 256, 259 (5th Cir. 2009), we hold that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the record discloses no clear or obvious error on the part of the district court in this regard. See Puckett v. United States, 556 U.S. 129, 135, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009).

Anderson also argues that the statutory maximum sentence was substantively unreasonable; however, the record reveals that Anderson did not comply with the conditions of his supervised release during the three terms that had already been imposed. He has pointed to nothing in the record to show that the district court's sentence was an abuse of discretion. See United States v. Warren, 720 F.3d 321, 332 (5th Cir. 2013).

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.